**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| STEVEN HONORE, | ) | No. CV 01-8989-JFW(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| L.E. SCRIBNER (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: <u>December 12, 2008</u>

/s/ John F. Walter
JOHN F. WALTER
United States District Judge